

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00042-CV

**CITY OF FLORESVILLE**, Texas, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Jade Jimenez, Gloria Morales Cantu, Monica Veliz, in their official capacities,
Appellants

v.

Nick **NISSEN**, David Johns, Paul W. Sack,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

## O R D E R

On September 2, 2021, after no brief or motion for extension of time to file the brief was filed, we ordered Appellees to file a responsive brief and extension of time or waive the opportunity to respond.

On September 13, 2021, Appellees filed a response and a motion for extension of time to file the brief. Appellees' motion for extension of time to file the brief is GRANTED and accepted as of its September 13, 2021 filing date.

Our September 2, 2021 order is SATISFIED. Any further extension of time to amend record citations is moot. *See Smith v. State*, 436 S.W.3d 353, 366 (Tex. App.—Houston [14th Dist.] 2014, pet. ref'd) (citing *Ex parte Joyner*, 367 S.W.3d 737 (Tex. App.—Houston [14th Dist.] 2012, no pet.) ("An appellate court may take judicial notice of its own records in a related proceeding involving the same or nearly the same parties.")).

Appellants' reply brief is now due on October 4, 2021.

It is so **ORDERED** on this 17th day of September, 2021.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ, Clerk of Court